AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
November 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Breanna Coldewey
                        DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| SCOTT HUMPHREY | ) Case No. **SA:22-MJ-01744-HJB** |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 29, 2022 through November 3, 2022 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(u) and 924(i)(1) | Theft of a Firearm from a Federal Firearms Licensee |
| | Maximum Penalties: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 mandatory special assessment |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

ERIC SCHLUETER
Digitally signed by ERIC SCHLUETER
Date: 2022.11.14 17:26:14 -06'00'

*Complainant's signature*

Eric Schlueter, ATF Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: November 14, 2022

*Judge's signature*

City and state: San Antonio, Texas     Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Eric Schlueter, being duly sworn do hereby depose and state:

1. Your Affiant has been a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since June 2021; assigned to the San Antonio Field Office. Prior to June 2021, your Affiant was employed as a Police Officer with the City of Florissant, MO, providing a combined total of approximately eight years of law enforcement experience, which includes approximately one year training and experience in investigations concerning violations of Title 18 and Title 26 of the United States Code.

2. On November 14, 2022, the owner of Nagel's Gun Shop, a Federal Firearms Licensee, located on San Pedro Avenue in San Antonio, TX, reported that since July 29, 2022, eighteen (18) firearms have been stolen from their inventory, including assault weapons and high-price firearms, with a combined value exceeding $30,000. The stolen weapons include:

    a) A Shadow Systems, MODEL: MR920 Elite Optic FDE, 9mm handgun, Serial Number: SSC058719,

    b) A Staccato, MODEL: XL OR, 9mm handgun, Serial Number: XL220808, and

    c) A B&T, MODEL: APC9 PRO, 9mm handgun, Serial Number: US 21-59628.

3. Using Law Enforcement databases, Affiant discovered that on November 3, 2022, Scott HUMPHREY, DOB: \*\*/\*\*/1997, an employee of Nagel's Gun Shop, pawned the B&T, MODEL: APC9 PRO, 9mm handgun, with Serial Number: US 21-59628, at Action Pawn #10, located on Marbach Road in San Antonio, TX.

4. Video footage captured on November 1, 2022, by Nagel's security system shows HUMPHREY carrying two firearms cases from the storage area back to his work area. Additionally, gun shop employees located within HUMPHREY's desk drawers, empty firearms cases consistent with the ones seen on the video and belonging to the stolen firearms referenced in paragraphs 2(a) and 2(b).

5. An ATF Interstate/Foreign Nexus examination of the B&T, MODEL: APC9 PRO, 9mm handgun, Serial Number: US 21-59628 revealed it was not manufactured in the State of Texas; therefore, having traveled in interstate and foreign commerce prior to its theft.

6. Based on the above facts, your affiant believes there is probable cause that Scott HUMPHREY, committed the offense of Theft of a Firearm from a Federal Firearms Licensee, in violation of 18 U.S.C. § 922(u) and seeks a warrant for his arrest.

ERIC SCHLUETER
Digitally signed by ERIC SCHLUETER
Date: 2022.11.14 17:26:47 -06'00'

_____
Special Agent Eric Schlueter
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED AND SWORN TO TELEPHONICALLY ON ___14th___ DAY OF NOVEMBER, 2022.

_____
HONORABLE HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

2